AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

DR. RAMIN YOUSEFIFAR,

Plaintiff,

v.

U.S DEPARTMENT OF STATE, et al.,

Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 4:24-cv-109

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's June 30, 2025 Order, Defendants' motion to dismiss, construed as a motion for summary judgment, is granted. Judgment is hereby entered in favor of Defendants, and this case stands closed.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

June 30, 2025
Date



John E. Triplett, Clerk of Court
Clerk

_____
(By) Deputy Clerk